■ In the Matter of FLORENCE DIERKES, Respondent, v. HUBERT DIERKES, Appellant.

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.

■ In the Matter of GAY FERRANTE et al., Appellants, v. DOMENICK ANGELONE et al., Constituting the BOARD OF ZONING APPEALS OF THE VILLAGE OF ISLAND PARK, Respondents.

Beldock, P. J., Christ, Brennan, Hopkins and Munder, JJ., concur.

■ In the Matter of HOM-DE-LITE REALTY CORP., Appellant, v. STEVEN R. TRIMBOLI, Respondent.

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.